UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :   **TRANSPORTATION ORDER**

          - v -                     :   19 Cr. 389 (CM)

Victor Manuel Camacho, Jr.,         :

          Defendant.                :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/19

Upon the application of **Victor Manuel Camacho, Jr.,** by his attorney, **Julia Gatto, Esq.,** Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Victor Manuel Camacho, Jr., with funds to cover the cost of airfare between Laredo, Texas and New York, New York in advance of his upcoming court date on December 4th, 2019 at 1 p.m.;

**ORDERED** that Mr. Camacho's initial flight depart Laredo for New York on December 4th, 2019 and be scheduled to arrive no later than 9 AM, and that his return flight depart New York for Laredo on December 4th, 2019 after 7 PM and no later than 11 PM; and it hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York
        November 24, 2019

SO ORDERED:

_____
HONORABLE COLLEEN MCMAHON
Chief United States District Judge