# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 11, 2019

**MEMO ENDORSED**

12/12/2019

OK

[signature] Colleen McMahon

VIA ECF
Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Camacho*, 19 CR 389 (CM)

Dear Judge McMahon:

With the consent of the government and Pretrial Services, I write to seek two modifications to the conditions of Mr. Camacho's release. Mr. Camacho's current bail conditions include travel restrictions to all districts in Texas (where he lives) and to the Southern and Eastern Districts of New York. I write now to seek: (1) a modification that will permit Mr. Camacho to take his family to Colorado for the winter holiday, and (2) a modification that will permit Mr. Camacho to travel to all of the states surrounding Texas for the purpose of his trucking work.

Mr. Camacho has been in his community in Laredo, Texas on bail conditions since May 1, 2019. He has been in full compliance with the terms and conditions of his release. Both the government and Mr. Camacho's supervising pretrial officer consent to this application.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc: AUSA Daniel Nessim (via ECF)
    USPO Julio Taboada (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/19