# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 25, 2020

**MEMO ENDORSED** 3/2/20

Sentencing Adj at deft's request to April 28, 2020 at 3PM.

*/s/ Colleen McMahon*

VIA ECF
Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Camacho*, 19 CR 389 (CM)

Dear Judge McMahon:

With the consent of the government, I write to seek an adjournment of Mr. Camacho's sentencing, currently scheduled for March 5, 2020. To accommodate my work schedule which includes trials in both March and April, I ask that the sentencing be moved to a date and time convenient to the Court during the week of April 27. I need the additional time to effectively prepare a sentencing submission on Mr. Camacho's behalf.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/20

cc:   AUSA Daniel Nessim (via ECF)
      USPO Julio Taboada (via email)