# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 10, 2020

MEMO ENDORSED

OK

*VIA ECF*
Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Camacho*, 19 CR 389 (CM)

Dear Judge McMahon:

With the consent of the government and Pretrial Services, I write to seek a modification to the conditions of Mr. Camacho's release. Mr. Camacho resides in Texas and is employed as a truck driver. Currently, the conditions of his release restrict his travel to the Southern and Eastern Districts of New and all districts of Texas. In light of the COVID-19 pandemic, there is a great need (and a desire on Mr. Camacho's part) for truck drivers to take loads of food and supplies across the country. Mr. Camacho asks that his travel restrictions be expanded to include all states within the continental United States so that he can travel for work.

Thank you and I hope you and your loved ones remain safe.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:   AUSA Daniel Nessim (via ECF)
      USPO Julio Taboada (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/20