**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

10/6/20

Sentencing Adj to
November 19, 2020
At 3pm

*Colleen McMahon*

September 29, 2020

*VIA ECF*
Honorable Colleen McMahon
Chief United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. Camacho*, 19 CR 389 (CM)

Dear Judge McMahon:

With the consent of the government and in light of scheduling problems caused by the
pandemic, I write to seek an adjournment of Mr. Camacho's sentencing, currently
scheduled for October 8, 2020. The parties ask that the Court adjourn sentencing until a
date and time convenient to the Court in November.

Thank you and I hope you and your loved ones remain safe.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc:     AUSA Daniel Nessim (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/20