# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 23, 2020

VIA ECF
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States of America v. Victor Camacho
     19 Cr. 389 (CM)

Honorable Judge McMahon:

    I write to request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Victor Camacho's passport to Mr. Camacho, or to a representative from my office. As a sentenced defendant, Pretrial Services no longer will retain Mr. Camacho's passport. Pretrial Services has informed my office, however, that they can only release Mr. Camacho's passport pursuant to a Court order. We thus respectfully request that the Court order the release of his passport.

Respectfully submitted,
/s/
Julia Gatto
Assistant Federal Defender

11/30/20

SO ORDERED:

[signature]

HONORABLE COLLEEN MCMAHON
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/20